ABRAM MORRIS et al., Respondents, *v.* FERDINAND CAHN et al., Appellants, Impleaded with Others.

FERDINAND CAHN, Appellant, *v.* ABRAM MORRIS et al., Respondents.

*Morris* v. *Cahn*, 166 App. Div. 918, appeal dismissed.
*Cahn* v. *Morris*, 166 App. Div. 918, appeal dismissed.
(Submitted December 13, 1915; decided December 17, 1915.)

MOTION in the first above-entitled action to dismiss an appeal from a judgment of the Appellate Division of the

Supreme Court in the first judicial department, entered January 22, 1915, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

Motion in the second above-entitled action to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have certain mortgages declared void.

The motions were made upon the grounds that the decisions of the Appellate Division were unanimous, that no questions of law were involved, and that the exceptions were frivolous.

*Max L. Schallek* for motion.

*Walter Carroll Low* and *Monroe J. Cahn* opposed.

Motions granted and appeals dismissed, with one bill of costs, and ten dollars costs of motion.